JOSEPH G. VIELBERTH, Appellant, *v.* THE STATE OF NEW YORK, Respondent. (Claim No. 23726.)

Argued March 12, 1937; decided April 20, 1937.

*Max Horowitz* and *Solon B. Lilienstern* for appellant.
*John J. Bennett, Jr., Attorney-General (Leon M. Layden* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.